NTF  
Rev. 02/17

United States Bankruptcy Court  
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101−6991

Telephone: 619−557−5620  
Website: www.casb.uscourts.gov  
Hours: 9:00am−4:00pm Monday−Friday

**Walter Irwin Miller**  
 1022 Matamo Place  
El Cajon, CA 92019  
xxx−xx−2026  
*No Known Aliases*

Case number: 18−07492−LT13  
Chapter: 13  
Judge Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **4** and/or Claim Number filed on: **12/20/18** Title of Document: **Chapter 13 Plan**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**General Order 186−A is amended to adopt revised versions of the Mandatory Chapter 13 Plan (Now designated as CSD 1300.1). The Chapter 13 Plan form you have filed is outdated and missing information required as of June 1, 2016.**

**Service was not completed on:**

☐ Debtor  ☐ Attorney  ☐ Trustee  ☐ U.S. Trustee

**ACTION TAKEN BY COURT**

☐ Atty/Debtor/Movant contacted on            via ☐ Tel/Voice Mail     ☐ Email ☐ Mail or Other

**ACTION REQUIRED BY FILER**  
**Amended document MUST BE FILED and RE−SERVED if applicable**

**OTHER:**

Dated: 12/21/18

Barry K. Lander  
Clerk of the Bankruptcy Court